CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 6 2012
JULIA C. DUDLEY, CLERK
BY: /s/ McElroy
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE,<br>　　　Plaintiff, | ) <br>) <br>) | Civil Action No. 7:12-cv-00581 |
| v. | ) <br>) | **ORDER** |
| VIRGINIA DEPTARTMENT OF<br>CORRECTIONS,<br>　　　Defendant. | ) <br>) <br>) <br>) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of December, 2012.

　　　　　　　　　　　　　　　　　　　／s／ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　Senior United States District Judge